# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 113

In the Interest of Jay Chandler Hicks

Ladd R. Erickson, State's Attorney,            Petitioner and Appellee

      v.

Jay Chandler Hicks,            Respondent and Appellant

### No. 20250025

Appeal from the District Court of McLean County, South Central Judicial District, the Honorable Cynthia M. Feland, Judge.

AFFIRMED.

Per Curiam.

Ladd R. Erickson, State's Attorney, Washburn, ND, petitioner and appellee; on brief.

Tyler J. Morrow, Grand Forks, ND, for respondent and appellant; on brief.

**Per Curiam.**

[¶1]  Jay Hicks appeals from a district court order denying his petition for discharge from commitment as a sexually dangerous individual. He argues the court's order is not supported by clear and convincing evidence that he has serious difficulty controlling his behavior. "We review civil commitments of sexually dangerous individuals under a modified clearly erroneous standard of review." *In re G.L.D.*, 2023 ND 99, ¶ 6, 991 N.W.2d 62. We will affirm a district court's order unless it is induced by an erroneous view of the law or we are firmly convinced the order is not supported by clear and convincing evidence. *Id.* We conclude the court's order is supported by clear and convincing evidence that Hicks has serious difficulty controlling his behavior and summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr